**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**ELENA T. CONE WOHLFORD,**

     **Plaintiff,**

**vs.**                           **CASE NO. 4:09cv348-RH/WCS**

**MICHAEL J. ASTRUE,**

     **Defendant.**

_____/

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the Clerk. Pending is Plaintiff's complaint for judicial review of the adverse administrative decision of the defendant. Doc. 1. Leave to proceed *in forma pauperis* was granted in this court's order entered September 9, 2009, and the Clerk was directed to issue summons to the Plaintiff who was advised that she was responsible for service of the complaint within 120 days. Doc. 4. Plaintiff was also advised that she could request that the Marshal serve her complaint. *Id.*

Because no activity had occurred in this case for a period of 90 days, an order was entered on December 12, 2009, directing the Plaintiff to advise the court within 15 days the status of service. Doc. 6. On December 8, 2009, Plaintiff's copy of that order was returned undelivered to the clerk with a notation on the envelope: "return to sender, attempted - not known - unable to forward." Doc. 7. The envelope was sent to

the Tallahassee address provided by Plaintiff in her complaint. Doc. 1. Plaintiff has not notified the court of a new address.

It is Plaintiff's responsibility to prosecute this lawsuit and to keep the court apprised of any change in address, and the complaint should be dismissed without prejudice for failure to prosecute. Since Plaintiff has not furnished the court with a new address, it is doubtful that she will even receive a copy of this report and recommendation. In the event the Plaintiff does receive a copy of this report and recommendation, the court will allow her an opportunity to show cause why this report and recommendation should be vacated, failing which, the Clerk shall be directed to forward the report and recommendation to the assigned district judge.

It is recognized that dismissal in this case will effectively be with prejudice as there is a short period of time in which to file for review in this court from an adverse Social Security decision and the time for refiling this complaint has expired. Nonetheless, there is no alternative as Plaintiff cannot be located.

Accordingly, it is **RECOMMENDED** that this case be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**IN CHAMBERS** at Tallahassee, Florida, on December 31, 2009.


s/    **William C. Sherrill, Jr.**

**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE**
**JUDGE**


**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**