# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ELENA T. CONE WOHLFORD,

    Plaintiff,

v.                                CASE NO. 4:09cv348-RH/WCS

MICHAEL J. ASTRUE,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation (document 8). No objections have been filed. Entry of this order has been delayed to allow the plaintiff further time to reappear, but she has not. Upon consideration,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is DISMISSED without prejudice." The clerk must close the file.

    SO ORDERED on March 2, 2010.

                                         s/Robert L. Hinkle
                                         United States District Judge